McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (202) 514-0179

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASWINDER KAUR LASHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Michael Chertoff, Secretary of Homeland ) <br> Security, et al. ) <br> ) <br> Defendants. ) <br> _____ ) | No. CV F-07-876 LJO NEW <br><br> JOINT STIPULATION AND [PROPOSED] ORDER |

This is an immigration case in which plaintiff alleges that defendants have delayed in the adjudication of plaintiff's application for adjustment of status, and seeks mandamus relief. The matter is now ripe for administrative adjudication. Accordingly, the parties stipulate that the case be stayed for 60 days for the United States Citizenship and Immigration Services to adjudicate the application.

Respectfully submitted,

Dated: September 7, 2007

/s/ Ada E. Bosque
Ada E. Bosque
Special Assistant United States Attorney


/s/ James M. Makasian
James M. Makasian
Dated: September 7, 2007        Counsel for Plaintiff

## [PROPOSED] ORDER

In this action to address delay in the processing of plaintiff Jaswinder Kaur Lasher's application for adjustment of status, the parties stay these proceedings to allow the United States Citizenship and Immigration Service to adjudicate plaintiff's application within 60 days. Based on the parties' stipulation and good cause, this Court:

1. STAYS this matter to allow the United States Citizenship and Immigration Service to adjudicate plaintiff's application no later than November 13, 2007; and

2. ORDERS the parties, no later than November 15, 2007, to file: (1) papers to dismiss this action in its entirety; or (2) a joint report on the status of adjudication by the United States Citizenship and Immigration Service and whether the parties request a conference to schedule additional proceedings. This Court will close this action if the parties fail to timely file papers to dismiss this action or a status report.

IT IS SO ORDERED.

Dated:   September 7, 2007            /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE