IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASWINDER KAUR LASHER, | CASE NO. CV F 07-0876 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE CASE** |
| vs. | |
| MICHAEL CHERTOFF, Secretary of Homeland Security, et al., | |
| Defendants. / | |

On September 7, 2007, this Court issued a Joint Stipulation and Order pursuant to the parties' agreement that the case be stayed for 60 days for the United States Citizenship and Immigration Services to adjudicate plaintiff's application. The Court further ordered the parties to file, no later than November 15, 2007, either papers to dismiss the action in its entirety or a joint status report. The Court warned that failure to file such documents would result in closure of this case.

No documents were filed on or before November 15, 2007. Therefore, pursuant to this Court's September 7, 2007 Order (Doc. 11), this Court DISMISSES this action and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   November 19, 2007**          /s/ Lawrence J. O'Neill
                                                                 UNITED STATES DISTRICT JUDGE

1